IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

JENNI FOLGER and DAVID HYATT,  *
                               *
         Plaintiffs,           *
                               *
    v.                         *     CV 114-226
                               *
THE KROGER COMPANY d/b/a KROGER *
2801 Washington Road, Augusta, *
GA 30909,                      *
                               *
         Defendant.            *

# O R D E R

Presently before the Court is the parties' Notice of Settlement and Consent Motion to Stay. (Doc. 17.) The parties have reached settlement in this matter and are in the process of formally memorializing their agreement. (<u>Id.</u>) Accordingly, the Court **GRANTS** the parties' request and **STAYS** this case until **MONDAY, JUNE 1, 2015.** The parties **SHALL** file a status report detailing their progress by that date in the event the agreement is not finalized.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of April, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA