IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JENNI FOLGER and DAVID HYATT, | * | |
| Plaintiffs, | * | |
| v. | * | CV 114-226 |
| THE KROGER COMPANY d/b/a KROGER 2801 Washington Road, Augusta, GA 30909, | * | |
| Defendant. | * | |

**O R D E R**

On April 30, 2015, this Court entered an Order granting the parties' Motion to Stay, as they represented that a settlement had been reached in this matter and that they required time to formally memorialize their agreement. (Doc. 18.) This Order further directed the parties to apprise the Court of their progress by filing a status report no later than **June 1, 2015**. (Id.) The parties have failed to heed this deadline. Accordingly, the Court **DIRECTS** the parties to file a report within **SEVEN (7) DAYS** from the date of this Order detailing the status of this case.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of June, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA