IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JENNI FOLGER and DAVID HYATT, | * | |
| Plaintiffs, | * | |
| v. | * | CV 114-226 |
| THE KROGER COMPANY d/b/a KROGER 2801 Washington Road, Augusta, GA 30909, | * | |
| Defendant. | * | |

**O R D E R**

Presently before the Court is the parties' Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 21.) The Court hereby **DISMISSES WITH PREJUDICE** all of Plaintiffs' claims. The Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of June, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA